

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00311-CV

IN RE KENN GOLDBLATT                                       RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 153-270555-14

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and "Motion To Stay All Trial Court Proceedings Related To Petition For Writ Of Mandamus" and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion to stay are denied.

PER CURIAM

PANEL: DAUPHINOT, WALKER, and GABRIEL, JJ.

DELIVERED: October 6, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).